UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cade Nelson,<br><br>    Plaintiff<br><br>v.<br><br>American Family Insurance, an unknown entity, et al.,<br><br>    Defendants | Case No.: 2:24-cv-02337-JAD-DJA<br><br>**Remand Order**<br><br>[ECF Nos. 7, 13, 16] |

Cade Nelson filed this insurance-coverage action based entirely on state-law claims in Nevada state court. Defendant American Family Insurance removed this case to this federal court under 28 U.S.C. § 1332 and 1441(b) based on diversity of citizenship.[1] Arguing that the defendant cannot show that this case meets the amount in controversy for federal jurisdiction, the plaintiff moves to remand.[2] For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 13] is GRANTED for want of subject-matter jurisdiction**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 31, Case No. A-24-899607-C,** and **CLOSE THIS CASE.**

- All other motions pending in this federal action **[ECF Nos. 7, 16] are DENIED** without prejudice to their refiling in state court with necessary revisions to conform to state-court

---

[1] ECF No. 1.
[2] ECF No. 13.

rules and include applicable state-law standards. So **this case returns to state court with no motions pending.**

- **The Clerk of Court is directed to PRINT a copy of the docket sheet for this case and ATTACH it to the copy of this remand order mailed to the state court.**

Dated: February 19, 2025

_____
U.S. District Judge Jennifer A. Dorsey